■ In the Matter of CHARLES F. FIESER, Respondent, v. BOARD OF ASSESSORS OF THE TOWN OF NELSON, Appellant. (And 13 Other Related Proceedings.) — Order affirmed, without costs, on the opinion of Mr. Justice ZELLER at Special Term (49 Misc 2d 499). Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

■ In the Matter of the Claim of DOROTHY BESNER, Respondent, v. WALTER KIDDE NUCLEAR LABORATORY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— AULISI, J. Appeal from a decision awarding benefits for death from acute myeloblastic leukemia, found due to exposure to radiation. The case was before us on a prior appeal (18 A D 2d 952). The record discloses that decedent was exposed to radiation for a substantial part of two periods and also at other times in various amounts. The testimony of the medical experts is emphatic that there is really no " threshold " or " safe " dosage of radiation because at the present stage of scientific knowledge it cannot be ascertained exactly what effects radiation has on the human body. It is also admitted that each individual reacts differently to exposure to radiation. The award is supported by substantial evidence and by the presumptions (Workmen's Compensation Law, § 3, subd. 2; § 47), especially so in view of decedent's good health prior to his employment. Decision affirmed, with costs to the Workmen's Compensation Board. Gibson, P. J., Herlihy, Reynolds and Taylor, JJ., concur.